```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 49666
   DANIEL S MCCARTHY
   DEBORAH L SPAID                              CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-2611     SSN XXX-XX-0310

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/23/06 and confirmed on 10/06/06.

     2.  The case was converted to Chapter 7 after confirmation, 05/18/2007.

     3.  The Debtor paid a total of $   2260.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIFTH THIRD BANK | SECURED | 6447.47 | 297.96 | 1849.04 |
| INTERNAL REVENUE SERVICE | PRIORITY | 665.71 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST CABLE | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 1447.95 | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 5308.38 | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 4630.90 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | 7696.13 | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN DENTAL GROU | UNSECURED | NOT FILED | .00 | .00 |
| METRO PRIMARY CARE | UNSECURED | NOT FILED | .00 | .00 |
| VISTA MEDICAL CENTER EAS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 6.61 | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6447.47 | 665.71 | 19089.97 | .00 | 26203.15 |
| PRINCIPAL PAID | 1849.04 | .00 | .00 | .00 | 1849.04 |
| INTEREST PAID | 297.96 | .00 | .00 | .00 | 297.96 |
| TOTAL PAID | 2147.00 | .00 | .00 | .00 | 2147.00 |

```
The Debtor's attorney, LEGAL HELPERS PC                 , was allowed $       .00
and was paid $       .00 .

The Trustee received $    113.00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/17/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE